**No. 41068.**—Protests 489618–G, etc., of Joseph Wasserman & Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of yokes and other neckwear composed of burnt-out laces in chief value of cotton similar to the merchandise involved in *Marshall Field* v. *United States* (T. D. 46939). The claim at 37½ percent under paragraph 919 was therefore sustained.

**No. 41069.**—Protests 608103–G, etc., of Garfield Stahl Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of yokes composed of burnt-out laces in chief value of cotton similar to the merchandise involved in *Marshall Field* v. *United States* (T. D. 46939). The claim at 37½ percent under paragraph 919 was therefore sustained.

**No. 41070.**—Protests 528124–G, etc., of John C. Sleater Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of burnt-out laces in chief value of cotton. On the authority of *United States* v. *Marshall Field* (22 C. C. P. A. 502, T. D. 47495) the claim at 40 percent under paragraph 923 was sustained.

**No. 41071.**—Protests 171527–G, etc., of Raymond Kargere et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) articles and fabrics in chief value of artificial silk the same as those passed upon in Abstract 37230 at 60 percent under paragraph 31; (2) embroidered articles at 75 percent under paragraph 1430, *Glemby's Sons* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) followed; and (3) straw hats the same as those the subject of *Stern* v. *United States* (12 id. 514, T. D. 40701) at 50 percent under paragraph 1406.

**No. 41072.**—Petition 5800–R of New York Merchandise Co., Inc. (Baltimore).

Opinion by TILSON, J. The petition was dismissed.

APRIL 11, 1939

**No. 41073.**—————————————Protests 899154–G, etc., of Pike-Simmons Co. et al. C. D. 120. Plaintiffs' application for rehearing denied.

**No. 41074.**——————————Protest 957538–G of Halle Bros. Co. Abstract 40734. Motion of Government for rehearing denied.